UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-2
MAY 14, 2019 SESSION



UNITED STATES OF AMERICA

v.                                           CRIMINAL NO. _2:19-00133_

8 U.S.C. § 1326(a)

BALDASAR VICTORINO-TULUL,
    also known as "Baltazar Victoriano Tulul-Ajqui"

I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1.   On or about September 8, 2010, defendant BALDASAR
VICTORINO-TULUL, also known as "Baltazar Victoriano Tulul-Ajqui"
(hereinafter "BALDASAR VICTORINO-TULUL"), an alien, was found at
or near Carrizo Springs, Texas, and was subsequently removed from
the United States to Guatemala on or about October 1, 2010.

2.   On or about June 29, 2012, defendant BALDASAR VICTORINO-
TULUL, an alien, was found at or near Riviera, Texas, and was
subsequently removed from the United States to Guatemala on or
about August 2, 2012.

3.   On or about May 1, 2019, at or near Charleston, Kanawha
County, West Virginia, and within the Southern District of West
Virginia and elsewhere, defendant BALDASAR VICTORINO-TULUL, an
alien, was subsequently found in the United States after having

been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).


MICHAEL B. STUART
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney