IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  CRIMINAL ACTION NO. 2:19-cr-00133

BALDASAR VICTORINO-TULUL,

        Defendant.

**ORDER**

For reasons appearing to the Court, it is **ORDERED** that the sentencing hearing, previously scheduled in this matter for September 11, 2019, is **RESCHEDULED** for **Thursday, August 8, at 10:00 a.m.**, in Charleston, West Virginia. The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to the aforesaid court proceeding.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

        ENTER:       July 24, 2019

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA